| | | | |
|---|---|---|---|
| Goodover, II v. Oblander, et al. 2017 MT 130N | DA 16-0726 Affirmed | 05/30/17 | Dist. 8 (Cascade) |
| Towe Farms v. Corbett 2017 MT 131N | DA 16-0601 Affirmed | 05/30/17 | Dist. 16 (Custer) |
| Wolf v. Banks 2017 MT 132N | DA 16-0633 Affirmed | 05/30/17 | Dist. 18 (Gallatin) |
| Matter of A.R.N., YINC 2017 MT 133N | DA 16-0755 Affirmed | 05/30/17 | Dist. 21 (Ravalli) |
| Matter of A.R.N. YINC 2017 MT 134N | DA 16-0764 Affirmed | 05/30/17 | Dist. 21 (Ravalli) |
| Fox v. Fairbrother 2017 MT 135N | DA 16-0744 Affirmed | 06/06/17 | Dist. 20 (Sanders) |
| Guiffrida v. Glick 2017 MT 136N | DA 16-0569 Affirmed | 06/06/17 | Dist. 11 (Flathead) |
| Chilinski v. State 2017 MT 137N | DA 16-0676 Affirmed | 06/06/17 | Dist. 5 (Jefferson) |
| Cornell v. State 2017 MT 138N | DA 16-0466 Affirmed | 06/06/17 | Dist. 4 (Missoula) |
| Bassett v. Lamantia, et al. | OP 17-0322 Yes | 06/06/17 | Original Proceeding Certified Question |
| Howe v. Hughes | OP 17-0303 Denied | 06/06/17 | Original Proceeding Habeas Corpus |
| Dubois v. Fletcher | OP 17-0301 Denied | 06/06/17 | Original Proceeding Habeas Corpus |
| Mooney v. Ashcraft 2017 MT 139N | DA 16-0602 Reversed | 06/09/17 | Dist. 10 (Judith Basin) |
| Ward v. Energy West, et al. 2017 MT 146N | DA 16-0520 Affirmed | 06/13/17 | Dist. 8 (Cascade) |